## File Hashes for IP Address 173.73.76.213

**ISP:** Verizon Online, LLC
**Physical Location:** Springfield, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2015 00:32:32 | B12FD522AE19822CE698F1A8916097D01F9DF31E | Hot Summer Rain |
| 08/03/2015 00:31:54 | 6043A4B9339307C03D99E94BF8FA76D0CF1D1267 | Carmen Poolside Striptease |
| 08/02/2015 16:12:34 | 9CAEAC4715DD63BE81F1E58D405F74DFF2443354 | Vacation Fantasy |
| 08/02/2015 12:05:02 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 08/02/2015 10:18:47 | 0D9104E444C4B08207814DC16408CCB09E8D97BA | Carmen Leila Christmas Vacation |
| 08/02/2015 08:29:45 | 56CE512C0B0AD8028A6DA534A824692BE3229864 | Carmen An Afternoon to Remember |
| 04/23/2015 00:46:03 | F4CF8A098756B27E6BF6CE6A637D8BED76122F27 | Clean and Wet |
| 04/21/2015 00:20:41 | E9AE69EA12A208BD84BC4385FD6B9CE398BD3769 | Miss Perfect |
| 04/07/2015 22:46:20 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |
| 03/22/2015 18:05:00 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 03/22/2015 17:09:22 | 6224CEAD4CE4EAE14BCCAEC53E1522DDB94DABA5 | Afternoon Picnic |
| 03/22/2015 15:17:56 | 3CA99A2813FCF9C8901792B85B581D457E328814 | Anneli Leila Menage A Trois |
| 03/22/2015 15:12:34 | 8215DDE80F7693A257B77CA13C1D25B335C0C72F | Girls Night Out |
| 03/22/2015 13:32:13 | F3DB7AC593D7027EECDA3B73D0E4EDF98D395B3C | Loving Angels |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

EVA284