## Copyrights-In-Suit for IP Address 173.73.76.213

**ISP:** Verizon Online, LLC
**Location:** Springfield, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Summer Rain | PA0001923960 | 11/27/2014 | 12/08/2014 | 08/03/2015 |
| Carmen Poolside Striptease | PA0001771672 | 01/09/2012 | 01/17/2012 | 08/03/2015 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 08/02/2015 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 08/02/2015 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 08/02/2015 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 08/02/2015 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 04/23/2015 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 04/21/2015 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/07/2015 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 03/22/2015 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 03/22/2015 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 03/22/2015 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 03/22/2015 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 03/22/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EVA284

EXHIBIT B